## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

71815

**Plaintiff** Rhonda Gibbens (216151)          **Address** 2514 Evergreen  Westlake , LA 70669

**Original Civil Action No.** 09-4713

**Case Style** Ruth Strickalnd, et. al. vs. Forest, et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Delrick Dugas (239960)          **Address** 715 North Thompson  Iowa, LA 70647

**Original Civil Action No.** 09-7072

**Case Style** Arien Burks, as Next Friend of Adrianna Burks, A minor, et. al. vs. Forest River., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Johnell Smith (220442)          **Address** 2300 Levee Road  Morgan City, LA 70380

**Original Civil Action No.** 09-7889

**Case Style** Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Constructors, Inc.

---

**Plaintiff** Gary  Declouet (243737)          **Address** 1506 Gulf Hwy  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Jasmine Ozane (244208)          **Address** 2221 Ray St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charles Richard, as Next Friend of S.R,          **Address** 216 N. Shatlock Lake Charles , LA 70607
a minor (244264)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charles Richard, as Next Friend of S.R,          **Address** 216 N. Shatlock Lake Charles , LA 70607
a minor (244266)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Loretta Richard, as Next Friend of S.R,          **Address** 216 N. Shatlock Lake Charles , LA 70607
a minor (244268)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Wanda Ozane (244283)          **Address** 2221 Ray St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

## Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Rosetta Peters (244363)    **Address** 7515 Lyle Dr. Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Brittany Barnes (244365)    **Address** 7515 Lyle Dr. Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Joshua Peters, as Next Friend of K.B., a minor (244368)    **Address** 7515 Lyle Dr. Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Deonte Peters (244386)    **Address** 7501 Lyle Dr Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** John Peters (244391)    **Address** 7501 Lyle Dr. Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Gloria Peters (244389)                    **Address** 7501 Lyle Dr. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Florence Fowlkes (244388)                    **Address** 7378 Driftwood Rd. Sulphur, LA 70665

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
CH2M Hill Constructors, Inc.

---

**Plaintiff** Gloria Peters , as Next Friend of J.P, a          **Address** 7501 Lyle Dr. Lake Charles , LA 70607
minor (244372)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Gloria  Peters , as Next Friend of D.P, a          **Address** 7501 Lyle Dr. Lake Charles , LA 70607
minor (244371)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Joshua  Peters (244370)                    **Address** 7515 Lyle Dr  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Ashley Montgomery (244395)    **Address** 1811 Broadmoor St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Catherine  Victorian (244492)    **Address** 1016 North Shattuck Street  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Eduardo  Cepeda (244613)    **Address** 2418 Salmon  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tammy Sallies, as Next Friend of J.S, a    **Address** 208 E. Thomas St.  Sulfur, LA 70663
minor (244722)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kayla Vincent (244791)    **Address** 751 S. Crocket Street  Sulphur, LA 70663

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Linda Thibodeaux (244862)            **Address** 1123 Horridge St.  Vinton , LA 70668

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Bret Thibodeaux (244861)            **Address** 1123 Horridge Street  Vinton , LA 70668

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Kayla Vincent, as Next Friend of B.V,            **Address** 751 S. Crocker Street  Sulphur, LA 70663
a minor (244851)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Viola Ball (244925)            **Address** 8559 Gulf Hwy.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Jaylon Ball (244926)            **Address** 8559 Gulf Hwy.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** William Ball (244927)  **Address** 8559 Gulf Hwy. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Ronald Sallier (245090)  **Address** 208 E. Thomas St. Sulphur, LA 70663

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tammy Sallier (245091)  **Address** 208 E Thomas St. Sulphur, LA 70663

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Eric Sallier (245069)  **Address** 208 E. Thomas St. Sulphur, LA 70663

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Miranda Sapp, as Next Friend of J.D, a  **Address** 1557 PE Daigle Road  Iowa, LA 70647
minor (245040)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** David Braxton (245197)　　　　**Address** 18159 Lot 32 Kinder, LA 70648

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Miranda Sapp (245237)　　　　**Address** 1557 PE Daigle Road Iowa, LA 70647

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Corky Joseph, as Next Friend of Q.P., a minor (245288)　　　　**Address** 4132 Ellis Road Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Brandon Pinkney (245287)　　　　**Address** 4132 Ellis Road Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

---

**Plaintiff** Jeremiah Montgomery (245357)　　　　**Address** 1811 Broadmoor Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　Forest River, Inc.
　　Fluor Enterprises, Inc

## Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Wanda Montgomery (245375)          **Address** 1811 Broadmoor St  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Ashley Montgomery, as Next Friend of          **Address** 1811 Broadmoor St  Lake Charels, LA 70601
D.M, a minor (245389)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Elridge Montgomery (245388)          **Address** 1811 Broadmoor St  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Cody Gobert (245433)          **Address** 5007 Opelousas St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Stephen Sallier (245488)          **Address** 208 E. Thomas St.  Sulphur, LA 70663

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Viola Ball, as Next Friend of J.B, a          **Address** 8559 Gulf Hwy  Lake Charles , LA 70607
minor (245546)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Herbert Garland (245632)          **Address** 2813 Hinton Drive  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Harry Washington (245692)          **Address** 8559 Gulf Highway Lot 231B  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kenneth Robert (245691)          **Address** 8559 Gulf Highway Lot 231B  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Corky Joseph (245709)          **Address** 4132 Ellis Rd  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Sondai Balowin (245734)                    **Address** 1005 Sycamore St  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kandia  Baldwin, as Next Friend of K.       **Address** 100 S Sycamore Street  Lake Charles , LA 70607
C, a minor (245733)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Milton Anderson (245752)                    **Address** 436 Ange Dr.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Willie Baldwin (245749)                     **Address** 1005 Sycamore  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Marvin Dawson (245747)                      **Address** 739 Cascio  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Kandia Baldwin (245739)    **Address** 1005 Sycamore Street  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Felissia  Dawson, as Next Friend of J. M, a minor (245770)    **Address** 739 Cascio  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Felissa Dawson, as Next Friend of J.M, a minor (245769)    **Address** 739 Cascio Rd.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Felissia  Dawson (245765)    **Address** 739 Cascio Rd.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Megan Buckley (245764)    **Address** 739 Cascio Rd.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Sherman Buckley (245760)          **Address** 739 Cascio  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Sheila  Williams (245806)          **Address** 415 Avenue D. Lot 22  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Tamica  Pinkney (245805)          **Address** 4132 Ellis St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Bernice Dugas (245890)          **Address** 8559 Gulfway Hwy Lot 153  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Erica Williams (245916)          **Address** 415 Avenue D Lot 22  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

## Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Gregory Williams (245915)          **Address** 415 Venue D Lot @22  Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Rosha Foley (245918)          **Address** 415  Avenue D Lot #22  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Cory Foley (245917)          **Address** 415 Avenue D Lot # 22  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Paul Canik (245927)          **Address** 4695 Grand Chenier Hwy.  Grand Chenier, LA 70643

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Clark Bernard (245963)          **Address** 729 Cascio Road  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Pamela Bernard (245967)        **Address** 729 Cascio Road  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Gary O'Tuain (245984)        **Address** 7515 Crocker St.  Sulphur, LA 70663

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Brandy O'Tuain (245983)        **Address** 7515 Crocker  Sulphur, LA 70663

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tracy Joseph (245977)        **Address** 1016 N Shattuck  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jeri Searle (246084)        **Address** 1512 Clover Dr.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Thelma Searle (246100)  **Address** 1512 Clover Dr  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Jeanetta Williams (246221)  **Address** 1701 6th Avenue  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Gloria Schexnayder (246213)  **Address** 301 N Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** James Guillory (246247)  **Address** 3111 Ridge Rd  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc.,  et. al.

**Plaintiff** Louis Williams (246182)                **Address** 1701 6th St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Constance Williams (246181)                **Address** 415 Ave D Lot 22  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Larry Wilmore (246387)                **Address** 104 Marl BK  Bossier City, LA 71111

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Treva  Washington, as Next Friend of         **Address** 8559 Gulf Hwy Lot 231B  Lake Charles , LA
H.W, a minor (246404)                                              70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Cynthia Singleton (246291)                **Address** 8159 TV Tower Road Lot 32 Fenton, LA 70640

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Nicholas Tezeno  (246499)                    **Address** 711 Jackson St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Reginald  Chapman (246544)                    **Address** 1621 East School Street  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Amber Chapman (246543)                    **Address** 1621 E. School Street  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Felicia Chatman (246540)                    **Address** 711 Jackson St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Howard Payne (246537)                    **Address** 208 Jackson St.  DeQuincy , LA 70633

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Reginald Chapman, as Next Friend of     **Address** 1621 E. School St. Lake Charles , LA 70607
M.C, a minor (246535)

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Pamuel Tezeno  (246517)     **Address** 711 Jackson St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Felecia  Chatman, as Next Friend of M.     **Address** 711 Jackson St. Lake Charles , LA 70607
F, a minor (246515)

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Felecia  Chatman, as Next Friend of A.     **Address** 711 Jackson St. Lake Charles , LA 70607
H, a minor (246514)

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Carmen Carter (246529)     **Address** 1005 Sycamore St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Michelle Chapman (246567)          **Address** 1621 E School St  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Kaveyna Baldwin (246598)          **Address** 1005 Sycamore st  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** JoAnn Garland (246709)          **Address** 2813 Hinton Dr.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Willlie Kirkwood (246664)          **Address** 918 Industrial  Vinton , LA 70668

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Ida Joseph (246814)          **Address** 1104 N. Wendell St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Lester Joseph (246815)                    **Address** 1104 N. Wendell St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Carolyn Holland (246823)                    **Address** 1005 Sycamore St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Nataki Baldwin (246760)                    **Address** 1005 Sycamore St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Patsy Reeder (246773)                    **Address** 8559 Gulf Hwy. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Nataki Baldwin, as Next Friend of K.A,     **Address** 1005 Sycamore St.  Lake Charles , LA 70607
a minor (246789)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Derrick Joseph (246797)    **Address** 1104 N. Wendell Street  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Bernadine Baldwin (246801)    **Address** 1005 Sycamore St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Tana Baldwin (246802)    **Address** 1005 Sycamore St  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Terra Beloney (246735)    **Address** 1016 N. Shattuck St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Lynntina Richard, as Next Friend of J.
P, a minor (246853)    **Address** 4443 Lake Fairway Drive  Lake Charles , LA
70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

# Exhibit A
## Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Lynntina Richard (246854)          **Address** 1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Deborah Ethridge (246870)          **Address** 301 N Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Christie Carter, as Next Friend of S.L., a          **Address** 423 Ange Dr.  Lake Charles , LA 70607
minor (246936)

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Christie Carter (246937)          **Address** 436 Ange Dr.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Krystal Thibodeaux, as Next Friend of          **Address** 8559 Gulf Hwy #185  Lake Charles , LA 70607
J.T, a minor (246946)

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Krystal Thibodeaux, as Next Friend of    **Address** 8559 Gulf Hwy #185  Lake Charles , LA 70607
K.T., a minor (246947)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Rachael LeJeune (246963)    **Address** 1729 W. Pine Meadows  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Brooklyn LeJeune (246964)    **Address** 1729 W. Pine Meadows  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Randolph Goodwyn (246970)    **Address** 2517 Lake Street  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    CH2M Hill Constructors, Inc.

---

**Plaintiff** Trudy Braxton (246980)    **Address** 18159 Lot 32, TV Tower Rd.  Kinder , LA 70648

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Patrick Janisse (246981)          **Address** 18159 TV Tower Rd Lot 32  Kinder, LA 70648

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Eduardo Cepeda, as Next Friend of M.          **Address** 2418 Salman st.  Lake Charles , LA 70607
C, a minor (247041)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Eduardo Cepeda, as Next Friend of I.P,          **Address** 2418 Salmon  Lake Charles , LA 70607
a minor (247042)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Cassandra Simon, as Next Friend of R.          **Address** 505 north Cause  Lake Charles , LA 70607
S, a minor (247104)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Cassandra Simon (247105)          **Address** 505 N. Cause  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Sheri Williams (247109)          **Address** 426 Cess Ford St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Cynthia Bell (247140)          **Address** 901 E. Creole Hwy  Creole, LA 70632

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Leston Jack (247164)          **Address** 739 Cascio Rd  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Tara Miller, as Next Friend of B.M, a          **Address** 136 Clydes Lane  Lake Charles , LA 70607
minor (247198)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Brennan Norred (247200)          **Address** 136 Clydes Lane  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Troy Miller (247201)                    **Address** 136 Clydes Lane  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Tara Miller (247202)                    **Address** 136 Clydes Lane  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Kimberly LeJeune, as Next Friend of B.    **Address** 1729 W. Pine Meadows  Lake Charles , LA
L, a minor (247220)                                                    70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Kimberly  LeJeune (247222)                **Address** 1729 W. Pine Meadows  Lake Charles , LA
                                                                        70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Krystal  Thibodeaux (247288)            **Address** 8559 Gulf Highway #185  Lake Charles , LA
                                                                         70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Jonathan Sonier (247348)              **Address** 2511 Ernest St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Candace Carter (247353)              **Address** 436 Ange Dr. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Dorothy Carter (247442)              **Address** 436 Angie Dr. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Sandy Trent (247452)              **Address** 1100 James Sudduth Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Wilfred Sias (247463)              **Address** 1100 James Sudduth Parkway M-64 Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

# Exhibit A
## Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Carolyn Holland, as Next Friend of K.    **Address** 1005 Sycamore St. Lake Charles , LA 70607
W, a minor (247524)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kenneth Wilson (247525)    **Address** 1005 Sycamore St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Carolyn Holland, as Representative of    **Address** 1005 Sycamore St. Lake Charles , LA 70607
the Estate of Arthur Holland, deceased
(247526)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Yadira Cepeda (247548)    **Address** 2418 Salmon St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Cynthia Beverly, as Next Friend of J.B,    **Address** 514 Maple St.  Sulphur, LA 70663
a minor (247669)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Victoria Ryan (247670)          **Address** 514 Maple St. Sulphur, LA 70663

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Rose Willmore (247735)          **Address** 301 N. Simmons St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Louis Bell (247743)          **Address** Shaw St. (FEMA Park) Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Jimmy Abram (247777)          **Address** 739 Cascio Rd. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Treva Washington, as Next Friend of P.          **Address** 8559 Golf HWY. Lot 231 B Lake Charles , LA
H, a minor (247799)                                                            70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

## Exhibit A
### Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Treva Washington (247800)     **Address** 8559 Gulf Hwy Lot 231 B  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kreyhisha Williams (247869)     **Address** 8559 Gulf Hwy Lot 130  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Joshua Williams, as Next Friend of N. B, a minor (247870)     **Address** 8559 Gulf Hwy. 10t 130  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Audrey Sias (247871)     **Address** Crying Eagle Village James Sudden M64  Lake Charles, LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Brad Guillory (247878)     **Address** 2206 Dewey St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Dyamond Phipps (247880)    **Address** PO Box 16082  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Joshua Williams, as Next Friend of K.    **Address** 8559 Gulf Hwy Lot 130  Lake Charles , LA
W, a minor (247881)    70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Gary Otuain, as Next Friend of A.O, a    **Address** 7515 Dracker   Suphur , LA 70663
minor (247890)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Mark Declouette (247891)    **Address** 1506 Gulf Hwy  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Cynthia Beverly, as Next Friend of K.    **Address** 514 Maple St.  Sulphur, LA 70663
B, a minor (247946)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

# Exhibit A
## Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Rosemary Walker (247952)      **Address** 5050 N. Gross Blvd. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Deidra Jones (247987)      **Address** 1704 6th St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Harris Williams (247988)      **Address** 1704 6th St Lake Charles , LA 70607

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Gwendolyn Guillory, as Next Friend of      **Address** 3111 Lidge Rd. Lake Charles , LA 70607
J.G, a minor (248011)

**Original Civil Action No.** 09-7892
**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Jamacia Guillory (248014)          **Address** 3111 Ridge Rd. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff** Gwendolyn Guillory, as Next Friend of     **Address** 3111 Ridge Rd. Lake Charles , LA 70607
J.G, a minor (248015)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff** James Guillory (248016)          **Address** 3111 Ridge Rd. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Constructors, Inc.

**Plaintiff** Harold Guidry (248073)          **Address** 2124 Mere's Lt.1E Country Club Rd  Lake
Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

## Exhibit A
### Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Kevin Ozane (248083)　　　　　**Address** 2221 Ray Street  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Cynthia Beverly (248095)　　　　　**Address** 514 Maple St.   Sulphur, LA 70663

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Damarr Carter (248151)　　　　　**Address** 436 Angie st.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Joshua  Williams (248174)　　　　　**Address** 8559 Gulf Hwy. Lot #130  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jamaica Richard, as Next Friend of A. R, a minor (248183)　　　　　**Address** 1100 James Sudduth Park  Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff**  Marilyn Gallien (248253)          **Address**  1100 James Sudduth Pkwy. Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Shonda Johnson (248268)          **Address**  1100 James Sudduth Parkway  Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Deborah Charles (248286)          **Address**  2653 Old Deridder Hwy. Lot 17  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Kimberly Lewis (248289)          **Address**  2653 Old Deridder Hwy. Lot 17  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff**  Roxanne Cullivan (248305)          **Address**  1100 James Suddeth # M64  Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc.,  et. al.

**Plaintiff** Sabra Bell (248310)  **Address** 2102 Shadow Street  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Catherine Victorian, as Representative of the Estate of Jessie Victorian, deceased (248330)  **Address** 6675 Hwy. 90 East #87  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Joseph Williams (248353)  **Address** 8559 Gulf Hwy Lot 180  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tessia Lincoln (248366)  **Address** 1026 Gulf Lane lot 6  Sulphur, LA 70663

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tessia Lincoln, as Next Friend of D.L., a minor (248367)  **Address** 1026 Gulf Ln Lot 6  Sulphur, LA 70663

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Donald Dotson (248379)          **Address** 592 Telephone St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Gwendelyn Clarke (248382)          **Address** 2653 Old Deridder Hwy. Lot 17 Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Sylvester Gobert (248390)          **Address** 5007 Opelousas St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jamaica Richard (248397)          **Address** 1100 James Sudduth Pkwy Lot M63 Lake Charles, LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jonathan Charles (248406)          **Address** 2653 Old Deridder Hwy. Lot 17 Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Ida Joseph, as Representative of the          **Address** 1104 N Wendell St  Lake Charles , LA 70607
Estate of Maxile Soileau, deceased
(248408)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Katherine Guidry (248437)          **Address** 2124 Country Club Rd.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jeanine Carrier, as Next Friend of K.S.,          **Address** 304 Dobbertine Lot 47  Lake Charles , LA 70607
a minor (248443)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Christina Sylvester (248461)          **Address** 2505 Blackwell St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jeanne Carrier (248486)          **Address** 304 Dobertine Rd. Lot 47  Lake Charles , LA
70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Michael O'Quain (248505)          **Address** 751 S. Crocker St.   Sulphur, LA 70663

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Carmen Ashworth, as Next Friend of A.          **Address** 8559 Gulf Hwy. #185  Lake Charles , LA 70607
L, a minor (248506)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Carmen Ashworth (248507)          **Address** 8559 Gulf Hwy #185  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Nicholas Ethridge (248524)          **Address** 301 Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Jared Nunez (248525)          **Address** 243 Ruby Lane  Cameron, LA 70631

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc.,  et. al.

**Plaintiff**  Angela Nunez (248526)                    **Address**  243 Ruby Lane  Cameron, LA 70631

**Original Civil Action No.**  09-7892
**Case Style**  Gerald Byron, et. al.  vs Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Ronald Nunez (248528)                    **Address**  243 Ruby Lane  Cameron, LA 70631

**Original Civil Action No.**  09-7892
**Case Style**  Gerald Byron, et. al.  vs Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Sherrie Flakes-Dotson, as Next Friend    **Address**  592 W. Telephone St.  Lake Charles , LA 70607
of S.D, a minor (248593)

**Original Civil Action No.**  09-7892
**Case Style**  Gerald Byron, et. al.  vs Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Lynle Flakes (248594)                    **Address**  592 W. Telephone Rd.  Lake Charles , LA 70607

**Original Civil Action No.**  09-7892
**Case Style**  Gerald Byron, et. al.  vs Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff**  Jemalla Vallare, as Next Friend of A.V,    **Address**  21259 S. Frontage Rd. Lot #10  Iowa , LA 70647
a minor (248660)

**Original Civil Action No.**  09-7892
**Case Style**  Gerald Byron, et. al.  vs Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Kirby Alfred (248664)          **Address** 21259 S. Frontage Rd. Lot 10  Iowa, LA 70647

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Troy Zackery (248684)          **Address** 8559 Gulf Hwy. Lot 79  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Andrella Landry, as Next Friend of I.L.,   **Address** 300 North Bank St  Lake Charles , LA 70607
a minor (248685)

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Jeremy Laird (248693)          **Address** 2124 Country Club  Lake Charles , LA 70607

**Original Civil Action No.** 09-7892

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

## Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Jemalla Vallare, as Next Friend of A.V.,     **Address** 21259 S. Frontager Rd. Lot# 10  Iowa, LA 70647
a minor (248704)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jemalla Vallare (248705)          **Address** 21259 S. Frontage Rd. Lot #10  Iowa , LA 70647

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Sondiza Landry (248733)          **Address** 302 N Bank St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Bethany Trahan, as Next Friend of C.T.,     **Address** 302 N. Bank St.  Lake Charles , LA 70607
a minor (248757)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Bethany Trahan, as Next Friend of Z.T.,     **Address** 302 N. Bank St.  Lake Charles , LA 70607
a minor (248758)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Arshiko Brown, as Next Friend of K.C,   **Address** 19030 Hwy 383 Iowa, LA 70647
a minor (248818)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Arshiko Brown (248819)          **Address** 19030 Hwy. 383 Iowa, LA 70647

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nahjaflake Shanks (248877)         **Address** 1104 N Wendell St Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rosie Vital (248886)          **Address** 2505 Blackwell St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Thomas Vital (248887)          **Address** 2505 Blackwell St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

# Exhibit A
## Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Andreika Landry (248899)          **Address** 300 N. Bank Street   Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Floyd Espree (248900)          **Address** 2505 Black Well St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charlissa Boyd (248903)          **Address** 300 N. Bank  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Dorothetta Nash (248904)          **Address** 300 N. Bank  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Kathleen Charles (248927)          **Address** 2412 Marty Lane  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Isabel Guidry (248939)          **Address** 19060 Hwy 383  Iowa, LA 70647

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Robert Stephenson (248951)          **Address** 1621 E.School  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Tammy Joseph (248952)          **Address** 1621 E. School Street  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Jorge Galvan (249010)          **Address** 2418 Salmon St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Emma Galvan, as Next Friend of M.G,  **Address** 2418 Salmon St. Lake Charles , LA 70607
a minor (249011)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Emma Galvan (249012)      **Address** 2418 Salmon St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Emma Galvan, as Next Friend of E.G, a  **Address** 2418 Salmon St. Lake Charles , LA 70607
minor (249013)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Whitney Damon (249077)      **Address** 1026 Gulfland Lot 4 Sulphur, LA 70663

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc.,  et. al.

**Plaintiff** Jeanette Damon (249078)          **Address** 1026 Gulfland  Sulphur, LA 70663

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

**Plaintiff** Arshiko Brown, as Next Friend of K.C.,          **Address** 19030 Hwy. 383  Iowa, LA 70647
a minor (249085)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Derrick Guidry (249098)          **Address** 19030 Hwy. 383  Iowa, LA 70647

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

**Plaintiff** Rutha Martin (249160)          **Address** 1607 See St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Angela Nunez, as Next Friend of J.N, a minor (249169)     **Address** 243 Ruby Lane  Cameron, LA 70631

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jordan Hanks (249174)     **Address** 243 Ruby Lane  Cameron , LA 70631

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Gwendelyn Clarke, as Next Friend of M.W, a minor (249190)     **Address** 2653 Old Deridder Hwy. Lot 17  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Lynntina Richard, as Next Friend of J. P, a minor (249330)     **Address** 1100 James Sudduth Pkwy  Lake Charles, LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Michael Abney (249333)     **Address** 224 Cobb Rd.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Wilton Young (249337)                    **Address** 105 Annies Lane  Bell City, LA 70630

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Sherrie Flakes-Dotson (249338)          **Address** 592 W Telephone Rd  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Michael Bartie (249346)                  **Address** 8559 Gulf Hwy  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Florence Espree, as Next Friend of C.E,   **Address** 2505 Black Well St.  Lake Charles , LA 70607
a minor (249351)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Robert Schexnayder (249376)             **Address** 301 N Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Lawrence Schexnayder (249377)    **Address** 301 N Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Michael Schexnayder (249378)    **Address** 301 N Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Nolan Zackery (249396)    **Address** 8859 Gulf Hwy  Lot 79  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Randall Laird (249416)    **Address** 2124 Country Club Rd  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Betty Deshotel (249463)    **Address** 224 Cobb Rd  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Mark Raines (249505)          **Address** 2653 Old Deridder Hwy. Lot 17  Lake Charles ,
LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Portia Clarke (249524)          **Address** 2653 Old Deridder Hwy. Lot 17  Lake Charles ,
LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Pamela Raines (249525)          **Address** 2653 Old Deridder Hwy. Lot 17  Lake Charles ,
LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Pamela Raines, as Next Friend of K.R,          **Address** 2653 DeRidder Hwy Lot 17  Lake Charles , LA
a minor (249557)          70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Carrie Slaughter (249568)          **Address** 2653 Old Deridder Hwy. Lot 17  Lake Charles ,
LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Billie Buck (249575)          **Address** 1914 10th St  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff** Phyllis Ashworth (249655)          **Address** 8559 Gulf Hwy. #185  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff** Derrick Haley (249668)          **Address** 6533 Corbina Rd  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff** Douglas Deshotel (249712)          **Address** 224 Cobb Rd  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff** James Bell (249802)          **Address** 901 E. Creole Highway  Creole, LA 70632

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
          Forest River, Inc.
          Fluor Enterprises, Inc

# Exhibit A

## Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Rita Cormier (249853)          **Address** 250 Cash Point Landing  Bossier City, LA 71111

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Arshiko  Brown, as Next Friend of K.C,          **Address** 19030 HWY 383  Iowa , LA 70647
a minor (249858)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Florence Espree (249928)          **Address** 2506 Black Well St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** James Lincoln (250033)          **Address** 1026 Gulf Lane # 6  Sulphur, LA 70663

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Quincy Cormier (250043)          **Address** 215 Cash Point Landing  Bossier City, LA 71111

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.
     Fluor Enterprises, Inc

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Gloria Ethridge (250209)          **Address** 301 N. Simmons St. Lake Charles, LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Sherrie Flakes Dotson, as Next Friend    **Address** 592 W. Telephone Lake Charles, LA 70607
of A.D, a minor (250198)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charlissa Boyd, as Next Friend of J.W,    **Address** 300 N. Bank Street Lake Charles, LA 70607
a minor (250603)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Bernice Gallien (250235)          **Address** 1026 Gulf Lane Lot 4 Sulphur, LA 70663

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

## Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Cassandra Gallien, as Next Friend of K.    **Address** 1026 Gulg Lane Lot 4  Sulphur, LA 70663
G, a minor (250238)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Cassandra Gallien (250236)          **Address** 1026 Gulf Lane Lot 4  Sulphur, LA 70663

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Charles Gallien (250239)          **Address** 1026 Gulf Lane Lot 4  Sulphur, LA 70663

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Constructors, Inc.

---

**Plaintiff** Charles Gallien (250237)          **Address** 1026 Gulf Lane Lot 4  Sulphur, LA 70663

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
CH2M Hill Constructors, Inc.

---

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Willie Kirkwood, as Next Friend of D.    **Address** 918 Industrial  Vinton , LA 70668
B, a minor (250102)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Alexis Sheridan (250514)    **Address** 224 Cobb Rd.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Kahero Baldwin (250100)    **Address** 1005 Sycamore St.  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jude Young (250624)    **Address** 105 Annies Lane  Bell City, LA 70630

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Edmae Richard (251184)    **Address** 1123 Horridge St.   Vinton , LA 70668

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Bethany Trahan (251292)　　　　　**Address** 302 N Banks St. Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** James Manuel (251022)　　　　　**Address** 2412 Marty Lane Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Freddie Citizen (250768)　　　　　**Address** 1506 Gulf Hwy Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Cheryl Prudhomme (251162)　　　　　**Address** 2111 Commercial Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Desarae Sias (251222)　　　　　**Address** 1110 James Sudduth Rd. Lot M-64 Lake Charles, LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Cody Guidry (250872)          **Address** 2124 Country Club #1E  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Tommy  Gaston (250853)          **Address** 8559 Gulf Hwy  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Mary  Gaston (250852)          **Address** 8559 Gulf Hwy Lot 185  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Lacey Ethridge (250821)          **Address** 301 N. Simmons   Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Quincy Cromier, as Next Friend of T.C,          **Address** 250 Cashland Point  Bossier City, LA 71111
a minor (250786)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Quncy Cromier, as Next Friend of Q.C.,    **Address** 2201 10th St. Lake Charles , LA 70607
a minor (250785)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Latasha  Reeder, as Next Friend of Z.R,    **Address** 8559 Gulf Hwy.  Lake Charles , LA 70607
a minor (251204)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Herman Ryan (251206)    **Address** 514 Maple Street  Sulphur, LA 70663

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Christine Ryan (251205)    **Address** 514 Maple St.  Sulphur, LA 70663

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Yvonne Wilmore, as Next Friend of C.    **Address** 1900 Prejean Ave  Lake Charles , LA 70607
W, a minor (251347)

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Yvonne Wilmore (251349)        **Address** 1900 Prejean Drive  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Yvonne Wilmore, as Next Friend of T. Y., a minor (251380)        **Address** 1900 Prejean Dr  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Michael Wilmore (251348)        **Address** 1900 Prejean Drive  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Walter Hull (250918)        **Address** 1506 Gulf Hwy  Lake Charles , LA 70607

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** James Guidry (250873)        **Address** 19030 Hwy 383  Iowa, LA 70647

**Original Civil Action No.** 09-7835

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Shantelle Guillory, as Next Friend of     **Address** 1026 Gulf Lane Trailer #4  Sulphur, LA 70663
M.G, a minor (251856)

**Original Civil Action No.** 09-7924

**Case Style** Shantelle Guillory, as Next Friend of M. G., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Shantelle Guillory (251857)     **Address** 1026 Gulf Lane Trailer #4  Sulphur, LA 70663

**Original Civil Action No.** 09-7924

**Case Style** Shantelle Guillory, as Next Friend of M. G., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Jim Ecter (251858)     **Address** 1026 Gulf Lane Trailer #4  Sulphur, LA 70663

**Original Civil Action No.** 09-7924

**Case Style** Shantelle Guillory, as Next Friend of M. G., a minor, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Constructors, Inc.

---

**Plaintiff** Elijah Grady (244630)     **Address** Cameron, LA 70631

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Odell Grady (244633)    **Address** 164 John St.  Cameron, LA 70631

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Thelma Searle, as Next Friend of V.J, a minor (246085)    **Address** 1512 Clover Dr.  Lake Charles , LA 70607

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Gary O'Tuain, as Next Friend of B.O, a minor (246081)    **Address** 7515 Crockier  Sulphur, LA 70663

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Matilda LeBlanc (246630)    **Address** 1431 Lavergne Rd  Lake Charles , LA 70607

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Rachael Flores, as Next Friend of T.W, a minor (246679)    **Address** 7457 Hwy 140 E  Ragely, LA 70657

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Cassandra Simon, as Next Friend of R.        **Address** 505 North Cause  Lake Charles , LA 70607
S, a minor (247165)

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Gwendolyn Guillory (247263)        **Address** 3111 Ridge Rd.  Lake Charles , LA 70607

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Sharon Gary (247427)        **Address** 111 South Knapp  Iowa, LA 70647

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Kenneth Gary (247428)        **Address** 111 S. Knapp  Iowa, LA 70647

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Rachael Flores, as Next Friend of T.W,        **Address** 7457 Hwy. 190 E  Ragely, LA 70657
a minor (247779)

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Keona Wilson (247805)          **Address** 1005 Sycamore St.  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265
**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Rachael Flores (247844)          **Address** 7457 Hwy. 190 E.  Ragley , LA 70657

**Original Civil Action No.** 10-1265
**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Herbert Olivier (248048)          **Address** 1104 Wendell Street  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265
**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Jorge Galvan (249014)          **Address** 2418 Salmon St.  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265
**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Develin Williams (249616)          **Address** 1903 Eieffer Street  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265
**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Claybrone Williams (251341)      **Address** Burton Coliseum 7001 Golf Hwy. Lot 172  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Richard Hogarth (250912)      **Address** 1020 16th St.  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Ronald George (245152)      **Address** 8559 Gulf Hwy  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Ronald George (245151)      **Address** 8559 Gulf Hwy  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Mary George (245150)      **Address** 8559 Gulf Hwy  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Jerrie Wainwright (247611)          **Address** 122 Bear Clog  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Jerrie Wainwright, as Representative of       **Address** 122 Beau Clos  Lake Charles , LA 70607
the Estate of Ladd Wainwright,
deceased (247612)

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Rosa Vargas (248586)          **Address** 21259 S. Frontage Rd. Lot #4  Iowa, LA 70647

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nicole Chretien, as Next Friend of N.C,       **Address** 2101 4th St.  Lake Charles , LA 70607
a minor (249594)

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Nicole Chretien (250762)          **Address** 2101 4th St  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Nelson Carmouche (250733)          **Address** 2101 4th St.  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265
**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Nathaniel  Ryan (251207)          **Address** 2101 4TH STREET  LAKE CHARELES, LA 70601

**Original Civil Action No.** 10-1265
**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Marcus Eddie (245065)          **Address** 1219 North Simmons St.  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265
**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Michael Eddie (245064)          **Address** 1219 North Simmons St.  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265
**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Peter Doucet (245059)          **Address** 1219 N. Simmons Street  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265
**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

## Exhibit A
### Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Tiana Guy (245541)                    **Address** 1219 N Simmons Street  Lake Charles , LA 70607

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tiana Guy, as Next Friend of G.G, a    **Address** 1219 North SImmons Street  Lake Charles , LA
minor (245542)                                                    70607

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tiana Guy, as Next Friend of C.D, a    **Address** 1219 North Simmons Street  Lake Charles , LA
minor (245543)                                                    70607

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Tiana Guy, as Next Friend of A.D, a    **Address** 1219 N. Simmons St.  Lake Charles , LA 70607
minor (245540)

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Andrea Porter (245785)                    **Address** 121911 Simmons St. Lake Charles , LA 70607

**Original Civil Action No.**  10-1265

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Raymond Porter (245763)          **Address** 1219 N. Simmons St. Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Andrea Porter, as Next Friend of D.H, a          **Address** 1219 N Simmons St. Lake Charles , LA 70607
    minor (245762)

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Andrea Porter, as Next Friend of J.H, a          **Address** 1219 N Simmons St. Lake Charles , LA 70607
    minor (245761)

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Ellvin Love  (245777)          **Address** 1219 N. Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Marisa Walker (245776)          **Address** 1219 Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
    Forest River, Inc.
    Fluor Enterprises, Inc

## Exhibit A
### Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Linda Love , as Next Friend of D.L, a minor (245774)   **Address** 1219 N. Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Linda Love (245775)   **Address** 1219 N. Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Sherwon Edwards (245953)   **Address** 1219 N. Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Winston Edwards (245951)   **Address** 1219 N Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Sherwon Edwards, as Next Friend of W.E, a minor (245950)   **Address** 1219 N. Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Meyosha Edwards (245949)      **Address** 1219 N. Simmons  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
>     Forest River, Inc.
>     Fluor Enterprises, Inc

---

**Plaintiff** Whitney Edwards (246113)      **Address** 1219 N Simmons St  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
>     Forest River, Inc.
>     Fluor Enterprises, Inc

---

**Plaintiff** Elizabety Webb (246763)      **Address** 500 Airport Blvd,  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
>     Forest River, Inc.
>     Fluor Enterprises, Inc

---

**Plaintiff** Quintin Webb (246764)      **Address** 500 Airport Blvd.  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
>     Forest River, Inc.
>     Fluor Enterprises, Inc

---

**Plaintiff** Juliet Webb (246772)      **Address** 500 Airport Blvd  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
>     Forest River, Inc.
>     Fluor Enterprises, Inc

---

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Robert Milligan (246923)          **Address** 1219 N. Simmins  Lake Charles , LA 70607

**Original Civil Action No.**  10-1265
**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Michael Eddie (247032)          **Address** 1219 N Simmons St.  Lake Charles , LA 70607

**Original Civil Action No.**  10-1265
**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Mary Eddie, as Next Friend of M.E, a          **Address** 1219 North Simmons Street  Lake Charles , LA
         minor (247033)                                                    70607

**Original Civil Action No.**  10-1265
**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Mary Eddie (247034)          **Address** 1219 N Simmons St.  Lake Charles , LA 70607

**Original Civil Action No.**  10-1265
**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Bernilla Goodly (247635)          **Address** 8559 Gulf Highway  Lake Charles , LA 70607

**Original Civil Action No.**  10-1265
**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Mary Doucet (247993)

**Address** N. 1219 N. Simmons Street  Lake Charles , LA 70607

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Odell Grady (244632)

**Address** 164 John St.  Cameron, LA 70631

**Original Civil Action No.** 10-2184

**Case Style** Bernell Clements, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Harold Anderson (245928)

**Address** 739 Cascio  Road  Lake Charles , LA 70607

**Original Civil Action No.** 10-2184

**Case Style** Bernell Clements, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Shirley Goodwin (246371)

**Address** 1049 Beulah St  Sulphur, LA 70663

**Original Civil Action No.** 10-2184

**Case Style** Bernell Clements, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Hubert Smith (250529)

**Address** 1510 Shaw St.  Lake Charles , LA 70607

**Original Civil Action No.** 10-2184

**Case Style** Bernell Clements, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** McKinley Carter (250739)          **Address** 436 Ange Drive  Lake Charles , LA 70607

**Original Civil Action No.** 10-2184
**Case Style** Bernell Clements, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Christopher Dicks (250801)          **Address** 436 Ange Drive  Lake Charles , LA 70607

**Original Civil Action No.** 10-2184
**Case Style** Bernell Clements, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Troy Malone (251020)          **Address** 2801 7th St.  Lake Charles , LA 70607

**Original Civil Action No.** 10-2184
**Case Style** Bernell Clements, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Diedre Watson (245228)          **Address** 5738 Gene Ln  Lake Charles , LA 70607

**Original Civil Action No.** 10-2190
**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.

---

**Plaintiff** Larry  Galmore (245504)          **Address** 404 Cherry St.  Lake Charles , LA 70607

**Original Civil Action No.** 10-2190
**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
      Forest River, Inc.

---

## Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Carlee Galmore (245506)          **Address** 404 S. Cherry  Lake Charles , LA 70607

**Original Civil Action No.** 10-2190

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.

---

**Plaintiff** Sylvia Stagg (246339)          **Address** 404 South Cherry St.  Lake Charles , LA 70607

**Original Civil Action No.** 10-2190

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.

---

**Plaintiff** Essie  Galmore , as Next Friend of A.G.,     **Address** 404 Cherry St.  Lake Charles , LA 70607
a minor (246342)

**Original Civil Action No.** 10-2190

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.

---

**Plaintiff** Essie  Galmore , as Next Friend of C.G,     **Address** 404 S Cherry St.  Lake Charles , LA 70607
a minor (246344)

**Original Civil Action No.** 10-2190

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.

---

**Plaintiff** Essie Galmore , as Next Friend of C.G,     **Address** 404 S Cherry St.  Lake Charles , LA 70607
a minor (246347)

**Original Civil Action No.** 10-2190

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.

**Defendants**
Forest River, Inc.

---

# Exhibit A
Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Essie Galmore (246965)                **Address** 404 South Cherry  Lake Charles , LA 70607

**Original Civil Action No.** 10-2190

**Case Style** Lemuel Stallworth, et. al.  vs Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.

---

**Plaintiff** Shelia Galmore (247242)                **Address** 404 South Cherry  Lake Charles , LA 70607

**Original Civil Action No.** 10-2190

**Case Style** Lemuel Stallworth, et. al.  vs Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.

---

**Plaintiff** Berry Carter (249304)                **Address** 436 Ange Drive  Lake Charles , LA 70607

**Original Civil Action No.** 10-2190

**Case Style** Lemuel Stallworth, et. al.  vs Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.

---

**Plaintiff** Tammy Manuel, as Next Friend of J.M,    **Address** 7334 Bult Dr.  Lake Charles , LA 70607
a minor (250027)

**Original Civil Action No.** 10-2190

**Case Style** Lemuel Stallworth, et. al.  vs Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.

---

**Plaintiff** Kimberly  Lewis, as Next Friend of S.    **Address** 2653 Old Deridder Hwy.  Lake Charles , LA
S, a minor (250045)                                                        70607

**Original Civil Action No.** 10-2190

**Case Style** Lemuel Stallworth, et. al.  vs Forest River, Inc., et. al.

**Defendants**
     Forest River, Inc.

---

## Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Kimberly Lewis, as Next Friend of R.S., a minor (250047)    **Address** 2653 Old Deridder Hwy.  Lake Charles , LA 70607

**Original Civil Action No.**  10-2190

**Case Style**  Lemuel Stallworth, et. al.  vs Forest River, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.

---

**Plaintiff** Kenny Galmore (250242)    **Address** 404 S. Cherry St.  Lake Charles , LA 70607

**Original Civil Action No.**  10-2190

**Case Style**  Lemuel Stallworth, et. al.  vs Forest River, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.

---

**Plaintiff** Essie Galmore, as Next Friend of J.R, a minor (250485)    **Address** 404 South Cherry Street  Lake Charles , LA 70607

**Original Civil Action No.**  10-2190

**Case Style**  Lemuel Stallworth, et. al.  vs Forest River, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.

---

**Plaintiff** Essie Galmore, as Next Friend of S.G, a minor (250849)    **Address** 404 South Cherry Street  Lake Charles , LA 70607

**Original Civil Action No.**  10-2190

**Case Style**  Lemuel Stallworth, et. al.  vs Forest River, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.

---

**Plaintiff** Phillip Babineaux (247523)    **Address** 3046 Opelousas St.  Lake Charles , LA 70607

**Original Civil Action No.**  10-2190

**Case Style**  Lemuel Stallworth, et. al.  vs Forest River, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.

# Exhibit A

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

**Plaintiff** Janice Jefferson (220239)          **Address** 2300 Levee Road  Morgan City, LA 70380

**Original Civil Action No.** 10-1265

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.

**Defendants**

Forest River, Inc.

Fluor Enterprises, Inc