Exhibit B

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

| **Manufacturer** | **Insurer** |
|---|---|
| Forest River, Inc.<br>J. Richard Ransel<br>228 W. High St.<br>Elkhart, IN 46516 | |

Exhibit B

Rhonda Gibbens, et. al. vs. Forest River Inc., et. al.

| Contractor | Insurer |
|---|---|
| Fluor Enterprises, Inc<br>Corporation Service Company<br>320 Sumerulos St.<br>Baton Rouge, LA 70802 | |